**FLORIO, PERRUCCI, STEINHARDT & FADER, L.L.C.**
Philip J. Morin III, Esq.
218 Route 17 North, Suite 300
Rochelle Park, New Jersey 07662
(201) 843-5858
Attorneys for Defendant, Third Coast Fresh Distribution LLC, Trinity Fresh Management LLC, Liberty Fresh Foods LLC, and Kenneth Catchot

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)**

| | |
|---|---|
| CULINARY SPECIALTY PRODUCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THIRD COAST PRODUCE COMPANY, LTD., GEORGE FINCH, ARTEMIO BUENO, JOHN HONEYCUTT, GEORGE FINCH LLC, ARTEMIO BUENO LLC, DENIS HONEYCUTT LLC, THIRD COAST FRESH DISTRIBUTION LLC, TRINITY FRESH MANAGEMENT LLC, LIBERTY FRESH FOODS LLC, and KENNETH CATCHOT, <br><br> Defendant. | Civil Action No. 2:10-cv-4278 (SRC)(MAS) <br><br><br> **(Filed Electronically)** |

**ORDER ADMITTING RAY T. TORGERSON AND
CAROLINE C. POARCH *PRO HAC VICE***

This matter having come before the Court by Philip J. Morin III, Esq., attorney for Defendants on application for an Order allowing Ray T. Torgerson, Esq. and Caroline C. Poarch to appear and participate *pro hac vice* in the above referenced matter; and

{00016059.DOC}

the Court having considered the moving papers; and all parties having consented to this application; and this matter being considered pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 1st day of March, 2011

ORDERED that Ray T. Torgerson, Esq. and Caroline C. Poarch, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Florio, Perrucci, Steinhardt & Fader LLC, attorneys of record for Defendants, Third Coast Fresh Distribution LLC, Trinity Fresh Management LLC, Liberty Fresh Foods LLC, and Kenneth Catchot, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Ray T. Torgerson, Esq. and Caroline C. Poarch, Esq. shall pay the required annual fees to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order; and it is further

ORDERED that Ray T. Torgerson, Esq. and Caroline C. Poarch, Esq. shall make the required payment of $150.00 to the Clerk of

{00016059.DOC}                              2

the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this order; and it is further

ORDERED that Ray T. Torgerson, Esq. and Caroline C. Poarch, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 401, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Philip J. Morin III, may file a request, the form of which is available at the Court's website, with the clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

_____
HON. MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE