Case 2:10-cv-04278-SRC-MAS   Document 25   Filed 03/07/11   Page 1 of 2 PageID: 344
MAR. 2. 2011  5:39PM    PORZIO BROMBERG & NEWMAN PC                NO. 626   P. 9
Case 2:10-cv-04278-SRC-MAS   Document 22-2   Filed 03/01/11   Page 1 of 2 PageID: 338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CULINARY SPECIALTY PRODUCE, INC.<br>Plaintiff<br><br>v.<br><br>THIRD COAST PRODUCE COMPANY, LTD., GEORGE FINCH, ARTEMIO BUENO, JOHN HONEYCUTT, GEORGE FINCH LLC, ARTEMIO BUENO LLC, DENIS HONEYCUTT, LLC, THIRD COAST FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT LLC, LIBERTY FRESH FOODS LLC, and KENNETH CATCHOT<br>Defendants | CIVIL ACTION NO. 10-cv-4278-SRC-MAS<br><br>ORDER GRANTING PRO HAC VICE ADMISSION OF MICHAEL A. HIRSCH |

This matter having been brought before this Court by Mark J. Politan, Esq. of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendants TCP Ventures, Ltd. f/k/a Third Coast Produce Company, Ltd., George Finch, Dennis Honeycutt, George Finch, LLC and Dennis Honeycutt, LLC, for an Order permitting Michael A. Hirsch, Esq., of Schlanger, Silver, Barg & Paine, LLP, 109 North Post Oak Lane, Suite 300, Houston, Texas 77024 to appear and participate *pro hac vice* in the above-captioned matter, and the Court having considered the submitted papers, and for good cause having been shown pursuant to L. Civ. R. 101.1(c),

IT IS on this _7th_ day of _March_, 2011,

ORDERED that Michael A. Hirsch, Esq., a member in good-standing of the Bar of the State of Texas, is permitted to appear *pro hac vice* in the above-captioned matter on behalf of Defendants TCP Ventures Ltd. f/k/a Third Coast Produce Co. Ltd., Dennis Honeycutt, Denis Honeycutt LLC, George Finch and George Finch LLC pursuant to L. Civ. R. 101.1(c) of the

1501670

Case 2:10-cv-04278-SRC-MAS   Document 25   Filed 03/07/11   Page 2 of 2 PageID: 345
MAR. 2. 2011  5:39PM   PORZIO BROMBERG & NEWMAN PC                NO. 626   P. 10
Case 2:10-cv-04278-SRC -MAS   Document 22-2   Filed 03/01/11   Page 2 of 2 PageID: 339

United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall continue to be signed by Mark J. Politan, Esq., attorney of record for Defendants TCP Ventures Ltd. f/k/a Third Coast Produce Co. Ltd., Dennis Honeycutt, Denis Honeycutt LLC, George Finch and George Finch LLC, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

**ORDERED** that Michael A. Hirsch, Esq. shall notify this Court immediately of any matter affecting his standing at the bar of any other court;

**ORDERED** that Michael A. Hirsch, Esq. shall abide by Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 103.1, Judicial Ethics and Professional Responsibility, and *L. Civ. R.* 104.1, Discipline of Attorneys;

**ORDERED** that Michael A. Hirsch, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice*;

**ORDERED** that Michael A. Hirsch, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as required by *L. Civ. R.* 101.1(c)(2) and Rule 1:28-2(a) of the New Jersey Rules of Court;

_____
**Michael A. Shipp**
**United States Magistrate Judge**